UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCCO N. CALABRESE, on behalf of WRITERS' GUILD-INDUSTRY HEALTH FUND and PRODUCER-WRITERS GUILD OF AMERICA PENSION PLAN,<br><br>Plaintiff,<br><br>v.<br><br>PRELUDE PICTURES, INC., et al.,<br><br>Defendants. | CASE NO.: 2:98-cv-04706-AAH-AN<br><br>**RENEWAL OF JUDGMENT BY CLERK AGAINST DEFENDANT MARK W. KOCH**<br><br>[NO HEARING REQUIRED] |

Having originally entered a Stipulated Judgment by Installments on October 21, 1998 ("Judgment") against defendant MARK W. KOCH ("Judgment Debtor"), and having had the Judgment subsequently renewed and entered against the Judgment Debtor on October 21, 2008.

NOW, having renewed the application of Plaintiff, ROCCO N. CALABRESE on behalf of WRITERS' GUILD-INDUSTRY HEALTH FUND and PRODUCER-WRITERS GUILD OF AMERICA PENSION PLAN (collectively referred to

hereinafter as the "Judgment Creditors"), and upon declaration and showing that Judgment Debtor has failed to pay the total amount of said Judgment and remain indebted to Judgment Creditors.

The money Judgment against Judgment Debtor MARK W. KOCH is renewed in the amount of $229,595.91, as follows:

a. Total prior renewed judgment (entered October 21, 2008) . . . . $118,437.61
b. Post-Judgment Interest through March 9, 2018, at 10.00% . . . .$111,158.30
c. Total renewed judgment . . . . . . . . . . . . . . . . . . . . . . . . . .$229,595.91

DATED: March 16, 2018

_____
DEPUTY CLERK OF COURT